### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT LEE TAYLOR, | ) |
|             Petitioner, | ) |
| -vs- | ) Case No. CIV-05-1132-F |
| ERIC FRANKLIN, Warden, et al., | ) |
|             Respondents. | ) |

### **O R D E R**

On July 20, 2006, United States Magistrate Judge Bana Roberts issued a Report and Recommendation (doc. no. 18), wherein she recommended that (1) petitioner, Robert Lee Taylor's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied, and (2) respondent, Drew Edmondson, Attorney General of the State of Oklahoma, be dismissed.

Presently before the court is the objection of petitioner to the Report and Recommendation. Petitioner objects to Magistrate Judge Roberts' recommendation that his habeas corpus petition be denied. Pursuant to 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Roberts as to each ground of habeas relief alleged by petitioner. The court finds petitioner's arguments to the contrary to be without merit. Therefore, the court accepts, adopts, and affirms the recommendation that the habeas corpus petition be denied.

Petitioner has not objected to Magistrate Judge Roberts' recommendation that the Attorney General be dismissed. In light of no objection, the court, without further

analysis, also accepts, adopts, and affirms the recommendation that the Attorney General be dismissed.

IT IS THEREFORE ORDERED that the Report and Recommendation issued by United States Magistrate Judge Bana Roberts (doc. no. 18) is **ACCEPTED, ADOPTED**, and **AFFIRMED**.

IT IS ALSO ORDERED that respondent, Drew Edmondson, Attorney General of the State of Oklahoma, is **DISMISSED**.

IT IS FURTHER ORDERED that petitioner, Robert Lee Taylor's petition for a writ of habeas corpus, filed September 27, 2005 (doc. no. 1), is **DENIED**.

DATED August 15, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1132p002.wpd